## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **PROFESSIONAL AUDIO DESIGN, INC.**) | Chapter 11 |
| ) | Case No. 12-15424-WCH |
| **DEBTOR** ) | |
| ) | |

### NOTICE OF ELECTION AS SMALL BUSINESS DEBTOR

To creditors and other parties in interest:

Notice is hereby given that in accordance with the provisions of MLBR 3017-2(a), the within Debtor, that is a small business as defined by 11 U.S.C. §101(51C), hereby elects to be considered a small business within the meaning of 11 U.S.C. §1121(e).

    Respectfully submitted,
    **Professional Audio Design, Inc.**
    By its counsel,

    /s/ Nina M. Parker
    Nina M. Parker (BBO #389990)
    nparker@ninaparker.com
    Jenny L. Yandell (BBO #658322)
    jyandell@ninaparker.com
    Parker & Associates
    10 Converse Place
    Winchester, Massachusetts 01890
    (781) 729-0005

DATED:     June 22, 2012