UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                                    )
                                          )
PROFESSIONAL AUDIO DESIGN, INC.)          Chapter 11
                                          )    Case No.  12-15424 WCH
         DEBTOR                           )
                                          )

**STATUS REPORT AND NOTICE OF NO REQUIREMENT FOR ORDERS IN
CONNECTION WITH USE OF CASH OR NON-CASH COLLATERAL**

Now comes Professional Audio Design, Inc., (the "Debtor" or "PAD") and respectfully submits to this Honorable Court the following in connection with the filing of the within Chapter 11 proceeding.

1.  On June 25, 2011, the Debtor filed a petition under Chapter 11 of Title 11 of the United States Code and has continued in possession of its property and the operation of its business.

2.  The Debtor is a company which offers equipment sales and services to the music and recording industry. By combining equipment sales, design and technical services under one roof, PAD provides sales consultants, technicians, designers and client support staff who work with a client to deliver products which include turnkey studio projects comprised of assisting with the building of new facilities or upgrading existing facilities.  In addition, PAD is engaged in the wholesale, retail sale and consignment sale of equipment. Products range from the sale of over one hundred lines of new equipment, as well as classic used and vintage items. The PAD product range includes consoles, tape machines, microphones, outboard and other types of equipment and sales are supported by PAD service and warranty of the sales with repairs provided by the employees of PAD.  PAD offers for sale a wide selection of refurbished SSL

consoles, in stock in showroom as well as provides comprehensive service by SSL-trained technicians as part of every sale.

3. The Debtors financial problems arose as a result of changes in the market due to the slowdown in the economy and the delay in adjusting fixed costs to reflect the reduced sales.

4. The Debtor's bankruptcy has been filed in part as a result the actions and intended actions of a creditor following a default by the Debtor on the delivery of equipment, which equipment could not be delivered in full due to insufficient cash flow and for which the customer declined a receive a partial delivery. The creditor brought an action in state court on June 4, 2012 and at that time, obtained ex parte relief which resulted in the attachment of all personal property of the Debtor which effectively halted the business and which, if not addressed in a chapter 11 proceeding would have resulted in preferential treatment of the creditor to the detriment of other creditors of PAD, the customers and the business enterprise.

5. Operations and profitability have been exacerbated by various other problems suffered including reduced revenues as a result of the economic slowdown as well as changes in the music and recording industry creating cash flow shortages.

6. The filing was necessary in order to restructure the business and address the significant obligations owed to the taxing authorities and to the general unsecured claim holders as without such action, the Debtor could not operate nor satisfy its obligations as a going concern or to service its customers.  The result would be irreparable harm to the Debtor and the creditors and customers of the Debtor.

7. The Debtor has nine employees who have been paid through May 30, 2012. The next payroll is due to be paid on June 29 2012 for the period of June 1 through June 30, 2012.

There are no employees who are paid in excess of the wage priority amount as provided by the United States Bankruptcy Code.

8. The Debtor submits this Status Report in order to apprise the Court of the situation surrounding the filing and that there are no creditors holding claims which are accompanied by Security Agreements or UCC-1 Financing Statements under which, the assets of the Debtor would be considered cash or non-cash collateral of a lender.

9. The Debtor's has general liability, motor vehicle and workers compensation insurance and has a Plan in prospect.

    Respectfully submitted,
    **Professional Audio Design, Inc.**
    By its counsel


    /s/ Nina M. Parker
    Nina M. Parker (BBO #389990)
    nparker@ninaparker.com
    Jenny L. Yandell (BBO #658322)
    jyandell@ninaparker.com
    Parker & Associates
    10 Converse Place
    Winchester, MA 01890
    (781) 729-0005

DATED:    June 25, 2012

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **PROFESSIONAL AUDIO DESIGN, INC.**) | **Chapter 11** |
| ) | **Case No. 12-15424 WCH** |
| **DEBTOR** ) | |
| ) | |

    I, Nina M. Parker, do hereby certify that I have given either electronic notice and/or mailed, postage prepaid, copies of **Status Report and Notice of No Requirement for Orders in Connection with Use of Cash or Non-Cash Collateral** to the parties listed on the annexed service list.

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
nparker@ninaparker.com
Jenny L. Yandell (BBO #658322)
jyandell@ninaparker.com
Parker & Associates
10 Converse Place
Winchester, Massachusetts 01890
(781) 729-0005

DATED:        June 25, 2012

**Electronic Mail Notice List**

- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV

**Manual Notice List**

Professional Audio Design, Inc.
c/o David Malekpour
90 Corporate Park Drive, Ste. 1420
Pembroke, MA  02359

Alex Pizzorni
2635 Carman Crest Drive
Los Angeles, CA 90068

Allaire
486 Pitcairn Road
Shokan, NY 12481

Axis Recording Studio/Wave Music
244 West 54th Street, 8th Floor
New York, NY 10019

Citizens Bank Mastercard
P.O. Box 9665
Providence, RI 02940

Creations Garden
27615 Avenue Hopkins
Valencia, CA 91355

Dell Financial
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197

GE Capital
P.O. Box 642333
Pittsburgh, PA 15264

GFAB Records
10542 Willow Oak Court
Wellington, FL 33414

Integrated Recording Studios
449 Washington Street
New York, NY 10013

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

James Krystofiak
4994 Seneca Park Loop
Fremont, CA 94538

Konstantin VereteInikov
30 Panas Road, #EB35440
Foxboro, MA 02035

Kris P. Singh
251 New Freedom Road
South Hampton, NJ 08088

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Mill Realty Trust
15401 67th Court North
Loxahatchee, FL 33470

Philologica Canadensis
#39-1444 Depont Street
Tronto, Ontario Canada  M6P 4H3

Professionail
55 US Highway 9, Ste. 360
Englishtown, NJ 07726

R.A. Hall & Company
183 State Street
Boston, MA 02109

Sociedad de Autores y Compositores
of Mexico S. de G.C. de I.P.
Read de Natiriazgi Bi, 129
Col. Xoco D. Benito Juarez
Mexico, 03330, D.F. Mexico

South Beach Studios/Island Trading
1200 Collins Avenue
Miami Beach, FL 33139

The Desk Doctor, Inc.
3316 West Burbank Boulevard
Burbank, CA 91505

Tim Tucker
P.O. Box 2489
Reno, NV 89505

Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197

Toyota Financial Services
P.O. Box 4102
Carol Stream, IL 60197

Transline Limited
9F-3, No. 559, Ming -Chung Road
Tachung, Taiwan, R.O.C. 40466

Weston House Recording
955 Venture Court
Sacramento, CA 95825